UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2021

MCINNIS USA INC.,

                    Plaintiff,

          -against-

AGGRECEM MECHANICAL, LLC,

                    Defendant.

1:21-cv-01253 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court will hold a hearing on Plaintiff's motion for a default judgment on August 18, 2021 at 2:30PM.  The conference will be held telephonically.  To join the conference, dial 888-278-0296 and enter access code 5195844.

      Plaintiff is directed to serve a copy of this order on Defendant along with another copy of Plaintiff's motion for a default judgment and all supporting papers.  To the extent Plaintiff or its representatives also are now or has been previously in contact with the owner or representative of the corporate Defendant by email, this order should also be provided by email to that person. Proof of service must be filed on the ECF docket on or before July 23, 2021.


**SO ORDERED.**

**Date:   July 13, 2021**
**         New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**